# In the United States District Court
# For the Northern District of New York

---

**UNITED STATES OF AMERICA,**

                Criminal Number:
                   5:18-CR-427 (FJS)

  v.

**TIMOTHY BOWMAN,**

    Defendant.

---

## CERTIFICATE OF ELECTRONIC SERVICE

  The undersigned hereby certifies that he is the attorney of record for the above-referenced defendant and on January 14, 2019, he electronically filed copies of the Exhibits Defendant's Proffer in Support of Release with the Clerk of the United States District Court for the Northern District of New York using the CM/ECF System which sent notification of such filing, constituting due service of same, to and upon the following:

           Office of United States Attorney
           100 South Clinton Street
           Syracuse, New York

           United States Probation Office
           100 South Clinton Street
           Syracuse, New York

Dated: January 14, 2019

            *Robert G. Wells*
            ROBERT G. WELLS
            BAR ROLL NUMBER 505778
            Attorney for Defendant
            120 East Washington Street
            Syracuse, New York 13202
            Telephone: (315) 472-4489