AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 2 5 2019
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 5:18-CR-427 (FJS) |
|  | ) |
|  | ) |
| TIMOTHY BOWMAN | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TIMOTHY BOWMAN ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with Intent to Distribute and to Distribute Controlled Substances, in violation of 21 U.S.C. Sections 841(a)(1) and 846

Date:   01/03/2019

*Andrew T. Baxter*
*Issuing officer's signature*

City and state:   Syracuse, New York       Hon. Andrew T. Baxter, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/07/19 , and the person was arrested on *(date)* 01/09/19
at *(city and state)* Syracuse, N.Y.

Date: 01/09/19

*Arresting officer's signature*
SA Ryan P/e/q
*Printed name and title*